# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**Bennie Leroy Carruthers, Jr**

vs.                                                                 Case Number:   **07-4021**

**United States of America**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Motion to Vacate, Set Aside, or Correct the Sentence is dismissed. Case terminated. -------------------------------------------------------------------------------------------------

ENTER this 24th day of May, 2007

JOHN M. WATERS, CLERK

_____s/T. Peeples_____
BY:  DEPUTY CLERK